

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00085-CV

TEJAS SPECIALTY GROUP, INC. AND TEJAS SPECIALTY CONCRETE COATINGS, LLC, Appellants

V.

UNITED SPECIALTY INSURANCE COMPANY, Appellee

§   On Appeal from the 17th District Court

§   of Tarrant County (017-313064-19)

§   June 3, 2021

§   Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment granting Appellee United Specialty Insurance Company's Motion for Summary Judgment and denying Appellants Tejas Specialty Group, Inc. and Tejas Specialty Concrete Coatings, LLC's Motion for Partial Summary Judgment as to United, and we render judgment in favor of Tejas that United had a duty to defend it regarding Icon Builders, LLC's

Third-Party Petition and that United breached that duty by failing to defend Tejas when requested. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee United Specialty Insurance Company shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach